Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### Western District of Louisiana
### Division

RECEIVED
MAR 15 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

Jonathan Chumley

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

see attached

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:23-cv-0345
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Jonathan Chumley |
   | Street Address | 120 Parish Park Road |
   | City and County | Ruston Lincoln |
   | State and Zip Code | Louisiana 71270 |
   | Telephone Number | 318-716-2207 |
   | E-mail Address | jchumley5@icloud.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: James David Madden
Job or Title Chairman of The Board Madden Contracting
Street Address: 100 Willow Creek Road
City and County: Minden, Webster
State and Zip Code: Louisiana 71055
Telephone Number-318-377-9028
E-mail Address *(if known)*

Defendant No. 2
Name: Lyda Roberts Madden
Job or Title Secretary of Board-Madden Contracting
Street Address 100 Willow Creek Road
City and County Minden, Webster
State and Zip Code: Louisiana 71055
Telephone Number 318-377-9028
E-mail Address willcreek@mac.com

Defendant No. 3
Name: Stephen Douglas Madden
Job or Title President Madden Contracting
Street Address 1608 Dogwood
City and County Minden Webster
State and Zip Code Louisiana 71055
Telephone Number
E-mail Address *(if known)*

Defendant No. 4
Name: John Alan Madden
Job or Title Manager, Madden Contracting, LLC
Street Address 100 US Ford
City and County Minden, Webster
State and Zip Code Louisiana 71055
Telephone Number
E-mail Address *(if known)*

Defendant No. 5
Name: David Scott Madden
Job or Title Manager, Madden Contracting, LLC
Street Address 100 Meadow Lane
City and County Minden Webster
State and Zip Code Louisiana, 71055
Telephone Number
E-mail Address *(if known)*

Defendant No. 6
Name: Johnny McDaniel
Job or Title James Madden's Personal Accountant
Street Address 419 Homer Road
City and County Minden Webster
State and Zip Code Louisiana 71055
Telephone Number:
E-mail Address: jbmcdaniel@suddenlinkmail.com

Defendant No. 7
Name: John W. Montgomery
Job or Title Retired Assistant District Attorney, Webster Parish
Street Address 1402 Whispering Pines
City and County Minden Webster
State and Zip Code Louisiana 71055
Telephone Number
E-mail Address jwmont3@att.net

Defendant No. 8
Name: J. Schuyler Marvin
Job or Title District Attorney
Street Address 700 Gladley Street
City and County Minden Webster
State and Zip Code Louisiana 71055
Telephone Number
E-mail Address smarvin@26thda.org

Defendant No. 9
Name: Parker Self
Job or Title District Judge
Street Address 204 Burt Boulevard
City and County Benton Bossier
State and Zip Code Louisiana 71066
Telephone Number
E-mail Address

Defendant No. 10
Name: Kevin Hammond
Job or Title Johnye Mae Madden's Estate Attorney
Street Address   333 Texas St # 1401
City and County Shreveport Caddo
State and Zip Code  71101
Telephone Number
E-mail Address kevin@khammondlaw.com

Defendant No. 11
Name: Donna Lacour
Job or Title Executrix Johyne Mae Madden's Estate
Street Address 278 Peach Drive
City and County Shreveport Caddo
State and Zip Code Louisiana 71106
Telephone Number
E-mail Address *(if known)*

Defendant No. 12
Name: Malcolm Murchison
Job or Title Corporate and Family Attorney (Madden, et al)
Street Address 401 Edwards Street, Suite 1000
City and County Shreveport Caddo
State and Zip Code Louisiana 71101
Telephone Number 318-227-1131
E-mail Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 18, U.S.C., Section 241 - Conspiracy Against Rights
This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same).

It further makes it unlawful for two or more persons to go in disguise on the highway or on the premises of another with the intent to prevent or hinder his/her free exercise or enjoyment of any rights so secured.

Punishment varies from a fine or imprisonment of up to ten years, or both; and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title or imprisoned for any term of years, or for life, or may be sentenced to death.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   $15,036,344.37 This does not include legal bills, damages, court cost, penalties, and interest.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The succession of my grandmother Johyne Mae Madden began in 2016 and is still open in the 26th JDC. Beth Chumley, my mother, was named executrix per the will and confirmed by the court. Johnye Mae prior to her death made multiple inquires to James Madden into her assets. which were missing. Beth, as executrix, asked for an accounting from her brother James Madden who held these missing assets. James Madden hired C. Vernon Ritchie, J. Schulyer Marvin, John W. Montgomery, Johnny McDaniel, and with the direction and assistance of Judge Parker Self conceived a plan of attack against Beth Chumley to prevent any accounting. This seven-year attack resulted in my mother being replaced as executrix, renouncing in December of 2021 and is currently facing a bogus damages claim for 1.2 million in Webster. Parker Self removed Beth as executrix after contacting Malcom Murchinson, to assist him in locating a replacement whom they could control. Judge Parker Self contacted Donna Lacour prior to ruling on the removal of Beth as executrix. Kevin Hammond the estate attorney representing Donna Lacour has never been paid for four years of service and James Madden. Beth renouncing in 2021 led to my involvement.

1. James and Lyda Madden, J. Schuyler Marvin, John Montgomery, Johnny McDaniel, Parker Self, Kevin Hammond, Donna Lacour, Leland Horton, Vernon Ritchie all conspired to prevent an accounting of Johyne Mae's assets. This abuse was done to protect James and Lyda Madden, Doug Madden, John Madden, and David Madden from the exposure of theft of Johyne Mae Madden's estate which included millions left to her by the late James Grady Madden. The relief I seek is an accurate accounting of my grandmother's estate and the assets due to me as an heir. I have asked for a meeting with the executrix which was denied, and for an accounting which has been denied. I have never been served on succession of Johyne Mae #16191 by the executrix or the estate attorney.

2. Doug Madden was the executor of James Grady Madden's estate and at the direction of James and Lyda Madden and with the assistance of John Montgomery, Johnny McDaniel, Schuyler Marvin and many others removed Johnye Mae from the board of Madden Contracting, convinced her to donate half of her 300 shares of Madden Contracting and pay the gift tax for Doug Madden, John Madden and David Madden and continually siphoned off property and stock until the bank merger of Minden and Webster Bancshares to Regions was complete. Doug Madden, as executor of James Grady Madden Estate, owes me the documents he removed from my grandmother's home, stored them at his office and refuses to provide them so a proper accounting can be done.

3. The epic mismanagement by the Maddens of James Grady Madden and Johyne Mae Madden estates and my efforts to exposure the truth and fulfill promises made by my mother to her mother have resulted in four different physical confrontations with Schuyler Marvin's Chief Investigator. He pulled me over in an unmarked vehicle and walked up to the driver side and stated, "Can I search your vehicle." This has happened multiple times in Lincoln Parish outside his jurisdiction. I e-mailed the District Attorney of Lincoln parish and asked what he could do to keep my family safe.

IV.     **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. An accurate accounting of my grandmothers estate of at least $15,036,344.37. This does not include legal bills, damages, court cost, penalties, and interest.
2. Due Process, Transparency, and Accountability
3. Civil Rights honored.
4. My family reputation restored.
5. My grandmothers personal effects per her will returned.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/15/2023

Signature of Plaintiff: *(signed)*

Printed Name of Plaintiff: Jonathan Chumley

### B. For Attorneys

Date of signing: 

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address: